# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   17−35916−KLP
**Chapter**   7
**Judge**   Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Theodore Williams III                 Carolyn Renee Williams
 11400 Roslyn Rd.                             11400 Roslyn Rd.
Fredericksburg, VA 22407                      Fredericksburg, VA 22407

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3626                        Joint Debtor: xxx−xx−8673

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA                                Joint Debtor:  NA

## NOTICE OF HEARING

A

*27* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Capital One Auto Finance, a division of Capital One, N.A. and Motion for Approval of Reaffirmation Agreement filed by Capital One Auto Finance, a division of CapitalOne, N.A..(Rawat, Ashish)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  April 18, 2018         **Time:**  10:00 AM

**Location:**

Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219

Dated:  March 7, 2018                         For the Court,

                                              William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                      United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Richard Theodore Williams, III  
Carolyn Renee Williams  
    Debtors

Case No. 17-35916-KLP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: Mar 07, 2018  
                     Form ID: VAN022    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.  
db/jdb       +Richard Theodore Williams, III,    Carolyn Renee Williams,    11400 Roslyn Rd.,    Fredericksburg, VA 22407-6215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 08 2018 02:11:26  
      Capital One Auto Finance, a division of CapitalOne,    c/o Hogan Data Operations,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901  
                                                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:  
         Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov  
         Lynn L. Tavenner    ltavenner@tb-lawfirm.com,  
          sleadbeater@tb-lawfirm.com;amorris@tb-lawfirm.com;ltavenner@ecf.epiqsystems.com  
                                                                                                                              TOTAL: 2